UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRANCISCO MENDOZA, on behalf of himself and all other similarly situated persons, known and unknown,<br><br>    Plaintiff,<br><br>v.<br><br>SCS-CHICAGO, L.L.C. d/b/a Le Colonial,<br><br>    Defendant. | Case No.: 1:15-cv-08691<br><br>Hon. Virginia M. Kendall |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Francisco Mendoza on behalf of himself and all other similarly situated persons, known and unknown, by and through his undersigned counsel, hereby stipulates and agrees to dismiss this matter in its entirety, with prejudice and without assessment of fees or costs.

Dated: March 31, 2016

Alejandro Caffarelli, #06239078
Lorrie T. Peeters, #06290434
Alexis D. Martin, #06309619
Caffarelli & Associates Ltd.
224 South Michigan Avenue, Suite 300
Chicago, Illinois 60604
Tel. (312) 763-6880

Respectfully submitted,

FRANCISCO MENDOZA, on behalf of himself and all other similarly situated persons, known and unknown,

By: /s/ Alejandro Caffarelli
    Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that he served a copy of the attached document, **Stipulation of Dismissal with Prejudice**, to the parties below by electronically filing the same with the Clerk of the U.S. District Court of the Northern District of Illinois and/or by electronic mail on March 31, 2016.

Douglas B. Wexler
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
douglaswexler@sbcglobal.net

/s/ Alejandro Caffarelli
One of the attorneys for Plaintiff